**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Tersee P. Nande**          JOINT DEBTOR: _____          CASE NO.: **14-36425**
Last Four Digits of SS#   **xxx-xx-0039**          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **801.69**   for months **1** to **60** ;
  B. $ _____    for months ____ to ____ ;
  C. $ _____    for months ____ to ____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **3,500.00**    TOTAL PAID $ **940.00**
                 Balance Due    $ **2,560.00**    payable $ **48.33** /month (Months **1** to **52**)
                                                          **46.84**                **53**    **53**

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Credit Union One**          Arrearage on Petition Date   $ **0.00**
   Address: **Attn:Administrative Svcs/Bankruptcy; 400 E 9 Mile Rd; Ferndale, MI 48220**
                                 Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **xxxxxx1600**    Regular Payment $ **680.48** /month (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**       Total Due   $ _____
                   Payable     $ _____ /month   (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **1.49** /month (Months **53** to **53**); then Pay $ **48.33** /month (Months **54** to **60**)..
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

Lake Michigan Credit Union (Acct. No. 1065): Debtor is current on monthly payments and he will continue to make the payments directly and outside of the plan to creditor on property located at 1321 Ionia SW, Grand Rapids, MI 49507

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  **/s/ Tersee P. Nande**
  **Tersee P. Nande**
  Debtor

  Date: **December 10, 2014**