

ORDERED in the Southern District of Florida on March 3, 2015.

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  14-36425-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

TERSEE P. NANDE
XXX-XX-0039

DEBTOR_____/

### ORDER AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS

**THIS CAUSE** came to be heard on Mar 02, 2015 for confirmation of a proposed Chapter 13 Plan, and based upon the record, it is

**ORDERED**:

1. To facilitate the administration of this case, any and all interim pre-confirmation payments made to Robin R. Weiner, Standing Chapter 13 Trustee ("Trustee") shall be deemed non-refundable to the Debtor.

2. The Trustee shall hold any and all interim pre-confirmation payments pending confirmation, conversion, or dismissal of the case.

3. If for any reason, the case is dismissed or converted to any other Chapter in bankruptcy the Trustee shall disburse in the normal course all pre-confirmation payments to the administrative, secured, and priority creditors on a pro-rata basis, in accordance with the last filed Plan, less all applicable Trustee's fees and costs.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
TERSEE P. NANDE
11411 SW 45 MANOR #105
MIRAMAR, FL  33025

**ATTORNEY FOR DEBTOR**
CLARE A. CASAS, ESQUIRE
CASAS & MAYOR, P.A.
7450 GRIFFIN ROAD
SUITE 170
DAVIE, FL  33314

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.